IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-938-AP

CHRISTOPHER R. GATES,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.    APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Tracy Stewart | John F. Walsh |
| Stewart Law Office, PC | United States Attorney |
| 123 N. College Ave., Ste. 200 | |
| Fort Collins, CO 80524 | James L. Burgess |
| Phone: (970) 402-9584 | Special Assistant United States Attorney |
| Email: tracy@stewart-law-offices.com | Office of the General Counsel |
| | Social Security Administration-Region VIII |
| | 1001 17th Street, Sixth Floor |
| | Denver, CO 80218 |
| | Phone: (303) 844-1856 |
| | Email: james.burgess@ssa.gov |
| | |
| | J. Benedict García |
| | Assistant United States Attorney |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, CO 80202 |
| | Phone: (303) 454-0100 |
| | Email: J.B.Garcia@usdoj.gov |

**2.    STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.    DATES OF FILING OF RELEVANT PLEADINGS**

    **A.    Date Complaint Was Filed:**  April 11, 2013

    **B.    Date Complaint Was Served on U.S. Attorney's Office:**  April 18, 2013

    **C.    Date Answer and Administrative Record Were Filed:**  June 14, 2013

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.    BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

    **A.    Plaintiff's Opening Brief Due:**  August 7, 2013

    **B.    Defendant's Response Brief Due:**  September 6, 2013

    **C.    Plaintiff's Reply Brief (If Any) Due:**  September 24, 2013

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**     **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have <u>not</u> consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 28th day of June, 2013.

                                                    BY THE COURT:

                                                    *s/John L. Kane*
                                                    U.S. DISTRICT COURT JUDGE

| APPROVED: | JOHN F. WALSH<br>UNITED STATES ATTORNEY |
|---|---|
| | J. Benedict García<br>Assistant United States Attorney |
| s/ Tracy Stewart | s/ James L. Burgess |
| Stewart Law Office, PC<br>123 N. College Ave., Ste. 200<br>Fort Collins, CO 80524<br>Phone: (970) 402-9584<br>Email: tracy@stewart-law-offices.com<br>*Counsel for Plaintiff* | Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration-Region VIII<br>1001 17th Street, Sixth Floor<br>Denver, CO 80218<br>Phone: (303) 844-1856<br>Email: james.burgess@ssa.gov<br>*Counsel for Defendant* |