IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-938-AP

CHRISTOPHER R. GATES,

     Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

     Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Tracy Stewart
Stewart Law Office, PC
123 N. College Ave., Ste. 200
Fort Collins, CO 80524
Phone: (970) 402-9584
Email: tracy@stewart-law-offices.com

For Defendant:
John F. Walsh
United States Attorney

James L. Burgess
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration-Region VIII
1001 17th Street, Sixth Floor
Denver, CO 80218
Phone: (303) 844-1856
Email: james.burgess@ssa.gov

J. Benedict García
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, CO 80202
Phone: (303) 454-0100
Email: J.B.Garcia@usdoj.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

     **A.      Date Complaint Was Filed:** April 11, 2013

     **B.      Date Complaint  Was Served on U.S. Attorney's Office:** April 18, 2013

     **C.      Date Answer and Administrative Record Were Filed:** June 14, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

**7.      OTHER MATTERS**

There are no other matters anticipated.  Plaintiff's current claim does not involve any prior judicial proceedings.

**8.      BRIEFING SCHEDULE**

Attorneys for both parties agree to the following proposed briefing schedule:

     **A.      Plaintiff's Opening Brief Due:** August 7, 2013

     **B.      Defendant's Response Brief Due:** September 6, 2013

     **C.      Plaintiff's Reply Brief (If Any) Due:** September 24, 2013

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.      Plaintiff's Statement:**  Plaintiff does not request oral argument.

    **B.      Defendant's Statement:**  Defendant does not request oral argument.

**10.      CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have <u>not</u> consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.      AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

    DATED this 28th day of June, 2013.

                             BY THE COURT:

                             *s/John L. Kane*
                             U.S. DISTRICT COURT JUDGE

APPROVED:                                JOHN F. WALSH
                                         UNITED STATES ATTORNEY

                                         J. Benedict García
                                         Assistant United States Attorney

s/ Tracy Stewart                         s/ James L. Burgess
Stewart Law Office, PC                   Special Assistant United States Attorney
123 N. College Ave., Ste. 200            Assistant Regional Counsel
Fort Collins, CO 80524                   Office of the General Counsel
Phone: (970) 402-9584                    Social Security Administration-Region VIII
Email: tracy@stewart-law-offices.com     1001 17th Street, Sixth Floor
*Counsel for Plaintiff*                  Denver, CO 80218
                                         Phone: (303) 844-1856
                                         Email: james.burgess@ssa.gov
                                         *Counsel for Defendant*

- 4 -