**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00938-CMA

CHRISTOPHER GATES,

    Plaintiff-Appellant,

v.

CAROLYN W. COLVIN, Acting Commissioner Social Security,

    Defendant-Appellee.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Disability Benefits of Judge Christine M. Arguello entered on May 13, 2014 it is

ORDERED that the ALJ's denial of disability benefits is AFFIRMED.  It is

FURTHER ORDERED that each party shall pay its own costs and attorneys' fees.

    Dated at Denver, Colorado this 14th day of May, 2014.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                    By:  s/   Sandra Hartmann

                              Sandra Hartmann
                              Deputy Clerk